**Raymond Gilbert PENDLETON,**
**Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48949.**

Missouri Court of Appeals,
Western District.

June 28, 1994.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the dismissal of a Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).